IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-275-FL

| | | |
|---|---|---|
| SHAQUAN LAVENA LESANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE STORAGE SOLUTIONS INC. and | ) | ORDER |
| CAROL BUZZELL, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for leave to proceed in forma pauperis (DE 1). United States Magistrate Kimberly A. Swank entered a memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended that where plaintiff failed to complete required forms as directed by the court the motion be denied and that plaintiff be required to pay the requisite court costs, including the filing fee. No objections to the M&R were filed.

Upon careful review of the M&R and the record in this case, the court ADOPTS the M&R, DENIES plaintiff's motion for leave to proceed in forma pauperis, and DIRECTS plaintiff to pay the requisite court costs, including the filing fee on or before **September 19, 2018.** See Local Civil Rule 3.2. If plaintiff fails to pay the filing fee by that date, the clerk is DIRECTED to re-designate the action as a miscellaneous case and close the matter without further order from the court.

SO ORDERED, this the 20th day of August, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge